UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY HART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-08485-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to C-25-3088 AMO.

**IT IS SO ORDERED.**

Dated: October 8, 2025

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge