David P. Fuad (SBN 265193)
dfuad@orrick.com
John P. Badalich (SBN 328573)
jbadalich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for Defendant Roblox Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

THOMAS K. LITTON,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,

Defendants.

Case No. 3:25-cv-03088-AMO

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: January 8, 2026
Time: 2:00 p.m.
Place: Courtroom 10, 19th Fl., San Francisco
Judge: Hon. Araceli Martínez-Olguín

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other aspects, relate to Roblox account holders' records and account sign-in and sign-up flows, Roblox's Robux purchase processes, and Roblox Gift Card redemptions. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Arbitration and Stay Proceedings, filed concurrently herewith.

3. I have reviewed what I understand to be the First Amended Complaint for Damages filed by Plaintiff Thomas K. Litton on August 14, 2025, case number 3:25-cv-03088, in the Northern District of California.

4. Roblox operates an online platform (the "Roblox Platform") where users can create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users. As of Q2 2025, Roblox has 111.8 million daily active users and is available to play on gaming consoles, computers, tablets, and cellular devices.

5. Robux is a digital currency that can be used on the Roblox Platform to acquire virtual items and gain access to virtual experiences.

6. It is my understanding that Plaintiff's counsel provided Roblox's counsel an email address associated with Plaintiff's Roblox account. According to Roblox's records, that email address is associated with the creation of a Roblox account belonging to Plaintiff, created on October 17, 2018 (the "Account").

7. I have reviewed the Roblox account information and records for the Account, which are maintained in the ordinary course of business.

**A. Roblox Account Processes**

8. In order to use the Roblox platform, users must create an account and agree to Roblox's Terms of Use (the "Terms"). Roblox periodically makes updates to its Terms. When Roblox deems an update material, Roblox users are notified of each of these updates via a pop-up notice displayed when the user accesses the Roblox Platform. That notice includes a bolded hyperlink to the updated Terms and requires users to click to accept the new Terms in order to continue using the Roblox Platform.

9. Roblox notified users of its August 2023 Terms via both on-platform blocker cards (pop-up notices) requiring affirmative acceptance and via an on-platform message sent directly to every user's "Messages" page within their personal accounts one month prior to the effective date.

10. The message was delivered one month prior to becoming effective and its delivery was emphasized with a notification on users' personal "Messages" pages.

11. This message expressly stated that "[b]eginning on August 1, 2023, you – or if you are a minor, your parent/guardian – will need to agree to the updated Terms of Use in order to continue using Roblox" and "[i]f you do not agree, you can close your Roblox account(s) before these updates go into effect." I attest that the below is a true and accurate screenshot of the Terms update message for the August 1, 2023 Terms update.


Updates to Roblox Terms of Use

Hello!
Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.

Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.

Thank you,

The Roblox Team

12. Roblox informs its users in this manner each time a material update to its Terms

occurs and requires users to accept the updated Terms to continue using the Roblox Platform. These pop-up notices were sent to Roblox users in August 2023, February 2024, June 2024, November 2024, and June 2025, with advanced notices sent one month ahead of each such update. Below is a screenshot of the June 2025 Terms pop-up notice (which is substantially identical to the earlier pop-up notices), which states: “To continue using Roblox, please select “I Agree” to agree to our updated Terms of Use and acknowledge our privacy policy. If you are a minor, please show this to your parent or guardian…”




13. Following these notices, the Account continued to be accessed and actively used, including dozens of on-platform purchases of Robux. The Account remains open as of the date of this submission and was most recently used on October 11, 2025, including frequent use nearly every day throughout August and September 2025.

14. Further, although Roblox’s Terms permit users to opt out of the arbitration agreement within 30 days of acceptance, Roblox has no record showing that Plaintiff or Sharon Litton (or Plaintiff’s other parent or guardian) (collectively, “Responsible Adult”) did so through the procedures set forth in the Terms.

**B. <u>Robux Purchase Processes</u>**

15. Included in the records is information related to when Plaintiff purchased Robux on the Roblox Platform.

16. From at least August 2022 to the present, a user, whether purchasing Robux through a mobile app or with a credit card is provided with various notifications and disclosures regarding a purchase of Robux during the course of a transaction.

17. From at least late 2022 to the present, to purchase Robux – whether in a one-time purchase or via its Premium membership subscription – a user must first navigate to the Buy Robux page. The following disclosure – applicable to both one-time and Premium purchases – appears at the bottom of the web-version of the Buy Robux page: "When you buy Robux you receive only a limited, non-refundable, non-transferable, revocable license to use Robux, which has no value in real currency. By selecting the Premium subscription package, (1) you agree that you are over 18 and that you authorize us to charge your account every month until you cancel the subscription, and (2) you represent that you understand and agree to the Terms of Use, which includes an agreement to arbitrate any dispute between you and Roblox, and Privacy Policy. You can cancel at any time by clicking 'Cancel subscription' on the billing tab of the setting page. If you cancel, you will still be charged for the current billing period. See Terms of Use for other limitations."

18. From January 2023 to the present, for Robux purchases made on a web browser, upon selection of the desired package, the user is shown a Payment Method selection page on which the (i) name of the chosen package and (ii) its cost are prominently displayed. Payments for one-time purchases of Robux were processed by Stripe. For credit/debit card payments, the user was presented with several prominent disclosures prior to inputting his/her billing information. Disclosures related to the Stripe buy flow are as follows:

19. On the left side of the screen, the user is shown (i) the purchase price (in bold), (ii) the selected item, (iii) the quantity, (iv) the subtotal (before tax), (v) the tax (if the user enters their address), and (vi) the total amount due. Additionally, the user is told the transaction is "powered by Stripe" and is presented with clear and conspicuous links to (a) the legal Terms and (b) the

Privacy Policy that govern the transaction.

20. On the right side of the screen, in close proximity to the large green "Pay" button that the user must click to complete the purchase, the following disclosure currently appears: "By submitting payment information you acknowledge that you are at least 18 years old, and that you agree to Roblox Terms and Privacy Policy, including the arbitration clause and revocation policy." The words "Roblox Terms" were bolded blue text that linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




21. Roblox records show sixteen (16) purchases of Robux on the Account that required agreement to Roblox's Terms. These purchases were made between December 28, 2022 and June 29, 2025, utilizing the following payment methods: credit/debit card, StripeCard, and Paypal. Attached hereto as **Exhibit 1** is a true and correct copy of Roblox's record of Robux transactions associated with the Account.[1]

[1] Records showing purchases with "Credit" refer to Roblox Credit, which is the balance that users hold after redeeming Roblox Gift Cards. Purchases of Robux with Roblox Credit do not require agreement to the Terms, but that is because users are required to agree to the Terms when redeeming Roblox Gift Cards, as explained below.

### C. Specific Robux Purchase Example

22. By way of example, the Account made a Robux purchase on May 17, 2023, using StripeCard. When conducting this specific purchase, Plaintiff and his Responsible Adult would have encountered the following screen. On the right side of the screen, in close proximity to the large blue "Pay" button the user must click to complete the purchase, the following disclosure appears: "By submitting payment information you agree to Roblox Terms and Privacy Policy including the arbitration clause and revocation policy." I attest that the below is a true and accurate screenshot of the aforementioned disclosure, which display would encompass a user's entire screen:



23. The Robux purchase process depicted above is representative of Robux purchases made on the Account that required agreement to the Terms.

**D. <u>Roblox Gift Card Redemption Processes</u>**

24. Roblox sells physical and electronic gift cards (also known as "game cards") that may be redeemed for Robux ("Roblox Gift Cards"). Roblox Gift Cards are available for purchase at major retailers in the United States, such as 7-Eleven, Walmart, Amazon and Rite Aid Pharmacy, among others.

25. Each Roblox Gift Card is affiliated with a unique redemption code. The redemption code can only be used after logging into a Roblox account on the Roblox website. After logging in, the user must visit "www.roblox.com/redeem" to redeem their gift card. This redemption webpage can only be accessed through a standard internet browser. Roblox Gift Cards cannot be redeemed on gaming consoles, such as Xbox.

26. Between September 29, 2021, and April 4, 2023, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Gift Card Terms & Conditions and Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:



27. Between April 5, 2023, and December 4, 2024, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




28. From December 5, 2024 to the present, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




29. Attached hereto as **Exhibit 2** is a true and correct copy of Roblox's record of Roblox Gift Card transactions associated with the Account. The transactions are categorized as both "Gift Cards" and "Game Cards" (which, as noted above, are equivalent to "Gift Cards").

30. **Exhibit 2** shows that the Account redeemed Roblox Gift Cards on twenty-two (22) occasions between September 2022 and September 19, 2025, including on July 8, July 31, and September 19, 2025. It further shows that those gift cards were purchased from Walmart and Target. These Roblox Gift Card redemptions could only have occurred through the processes described above in paragraphs 24-28.

31. Roblox's records containing Plaintiff's date of birth demonstrate that he turned 18 before redeeming a Roblox Gift Card on July 8, 2025.

**E. <u>Specific Gift Card Redemption Examples</u>**

32. By way of example, the Account redeemed a Roblox Gift Card on July 25, 2023, which was purchased from Target. When redeeming a Roblox Gift Card on this specific date, Plaintiff and his Responsible Adult would have encountered the screen shown in Paragraph 27. In addition, the back of the Roblox Gift Card included language alerting the user that "[t]o redeem this card and use Roblox credits, you must be over 18 years old or obtain consent from a parent or guardian, have internet access, register for a Roblox account, and accept the Roblox Terms of Use or have your parent or guardian accept them if you are under 18 years old." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift

Card purchased from Target:




33. As an additional example, the Account redeemed Roblox Gift Cards on July 8 and July 31, 2025, which were purchased from Walmart. When redeeming Roblox Gift Cards on these specific dates, Plaintiff would have encountered the screen shown in Paragraph 28. In addition, the back of the Roblox Gift Cards included language alerting the user that "[b]y purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to … the Roblox Terms of Use." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift Cards purchased from Walmart:



34. The Roblox Gift Card redemption processes depicted above are representative of the vast majority of Roblox Gift Card redemptions made on the Account.

**F. <u>Terms of Use</u>**

35. I attest that **Exhibit 3** is a true and accurate copy of Roblox's Terms of Use effective on January 12, 2022.

36. I attest that **Exhibit 4** is a true and accurate copy of Roblox's Terms of Use effective on August 1, 2023.

37. I attest that **Exhibit 5** is a true and accurate copy of Roblox's Terms of Use effective on February 27, 2024.

38. I attest that **Exhibit 6** is a true and accurate copy of Roblox's Terms of Use effective on March 14, 2025.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed October 14, 2025, San Mateo, California

Ronita Jit

Ronita Jit