# EXHIBIT 1

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 07/11/2025 16:19:14 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3308299079 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-71c1c1f9-e70a-4b7a-89f6-83ad466ae93e 07/11/2025 16:19:14 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 07/09/2025 19:54:45 UTC | Recurring | Active | No | No Bonus | | | | ff5df633-4dd5-4e81-8994-02b9ba5c8bb2 | Credit | 3129598391 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal 08/09/2025 19:54:45 UTC Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-94789271-08a0-489d-8f92-bd62f8eb28bc 07/09/2025 19:54:45 UTC 4.99 Complete ct-5224c876-0f3e-4280-ab3e-a01a7da3036e 06/09/2025 19:54:44 UTC 4.99 Complete ct-d46afd8b-9c05-4358-844e-659f004c96a9 05/09/2025 19:54:21 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 06/29/2025 20:53:17 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 3266242950 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Thomas Litton Address City / State / Country Shreveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3RfSDuC8tJWGhK4H0T2Z8zVZ 06/29/2025 20:53:17 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 06/13/2025 23:25:19 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 3218367094 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Thomas Litton Address City / State / Country Shreveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3RZgyGC8tJWGhK4H1QCzqZpg 06/13/2025 23:25:19 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 06/04/2025 18:53:57 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3191501718 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-f1ffc3dd-8d21-4508-aafd-dbc991af16e6 06/04/2025 18:53:57 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 05/27/2025 22:37:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3170509938 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-bacf5fc4-1e5b-4916-9d6d-c50435e7e8d4 05/27/2025 22:37:05 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 1100 Subscribed | 9.99 | USD | 05/21/2025 17:09:43 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3155380285 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-6a9abad2-b106-431e-83f6-189e90fd9ab2 05/21/2025 17:09:43 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 05/11/2025 20:04:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3135241900 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-457a7a28-e205-4686-b99a-a7e29165c2ca 05/11/2025 20:04:54 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 04/02/2025 00:21:38 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3044115656 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-f6211fd8-a330-46fd-a15c-53493537e4bb 04/02/2025 00:21:38 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 03/08/2025 17:18:26 UTC | Cancelled | Inactive | No | No Bonus | | | | 6bc8fde9-9555-44e9-a5ba-a0fc838cfa00 | Credit | 2995520633 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-00ed17f2-b779-4c95-bcc6-f903bf073ebd 03/08/2025 17:18:26 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 12/25/2024 18:30:27 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2838451401 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-4c8c364f-3dd8-4512-9f3f-1f43a327b01e 12/25/2024 18:30:27 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 1100 Subscribed | 9.99 | USD | 12/19/2024 21:46:56 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2816245267 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-f4bb34b3-56a9-4f75-bdb2-cda63dde3279 12/19/2024 21:46:56 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 12/18/2024 19:54:45 UTC | Cancelled | Inactive | No | No Bonus | | | | df3825c3-6cd3-47c7-b065-3a1468d2d25b | Credit | 2813739649 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-7f3277d4-215b-4c6b-882e-545c097d635a 12/18/2024 19:54:45 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 12/12/2024 22:17:42 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2802792860 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-75c47cdb-c55e-47d9-9f2d-ac65d8f8777e 12/12/2024 22:17:42 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | 550 Subscribed | 4.99 | USD | 11/27/2024 19:04:16 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2778029849 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-dccf1120-0473-42ac-a3f6-ed2db583e9b5 11/27/2024 19:04:16 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 11/25/2024 17:25:56 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2774437355 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-14b9bc47-4ff0-44ff-bd06-4c27053ccded 11/25/2024 17:25:56 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 11/16/2024 21:13:23 UTC | Cancelled | Inactive | No | No Bonus | | | | 3b964ed4-c861-47e6-ac55-54e87a73428d | Credit | 2761425017 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-29a73681-2ec0-4788-9ae3-6beaad4e1a4c 11/16/2024 21:13:23 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 10/13/2024 20:59:29 UTC | Cancelled | Inactive | No | No Bonus | | | | eda56bf1-4a0e-4b37-92f9-f24caf3dd7a8 | Credit | 2710449711 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-5436c6f5-cbbd-47b9-998c-71e67bd621db 10/13/2024 20:59:29 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 09/08/2024 19:01:43 UTC | Cancelled | Inactive | No | No Bonus | | | | 63a1a1e7-58da-4b3b-9819-11b057d5e2ac | Credit | 2650697607 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-0bade030-73e5-4b38-8822-f529f0eab18b 09/08/2024 19:01:43 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 1870 Subscribed | 19.99 | USD | 09/05/2024 23:38:47 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2645115433 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-24df6312-d5b8-486a-8a7a-8dc6f72a6ad1 09/05/2024 23:38:47 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 880 Subscribed | 9.99 | USD | 08/11/2024 18:48:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2596210944 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-5126b69c-5cb3-4e93-8ecb-629cb035224b 08/11/2024 18:48:29 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 08/04/2024 23:33:27 UTC | Cancelled | Inactive | No | No Bonus | | | | 57c8ac06-d474-4b8d-89cb-b0d964c8c451 | Credit | 2582141865 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-6e662fd6-dd0a-481d-a782-d1c4d10ce7b3 08/04/2024 23:33:27 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 880 Subscribed | 9.99 | USD | 07/08/2024 16:05:12 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2528057989 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-be2511c1-7377-427a-b9df-b900ca8daf51 07/08/2024 16:05:12 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 1870 Subscribed | 19.99 | USD | 07/08/2024 16:04:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2528057197 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-90489839-ff02-47d3-87d0-d9b861eeeaa5 07/08/2024 16:04:40 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 1870 And Item Subscribed | 19.99 | USD | 07/01/2024 16:59:00 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2513724332 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-9f9334fe-7b19-4d77-822e-3ee87ce7845a 07/01/2024 16:59:00 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 06/17/2024 16:54:34 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2488597655 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-d0f22923-2bef-4a8a-8ac6-6ed2a61e7c8a 06/17/2024 16:54:34 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 06/17/2024 16:53:16 UTC | Cancelled | Inactive | No | No Bonus | | | | a3f33ac3-b0f4-437b-a96e-b0e5b2afba96 | Credit | 2488595759 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-e44a940a-c578-41b8-861a-902b02aac709 06/17/2024 16:53:16 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 1000 | 9.99 | USD | 08/26/2023 02:15:19 UTC | Cancelled | Inactive | No | No Bonus | | | | 0d5fce10-b324-4434-ab5a-368a115e06b5 | Credit | 1986015826 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-2cee3226-1e85-4caf-ac6b-795008372686 08/26/2023 02:15:19 UTC 9.99 Complete ct-ce380b2b-a97e-433e-8d83-4a76b04ca701 07/26/2023 02:07:27 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 1870 Subscribed | 19.99 | USD | 06/27/2023 19:49:36 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1944128954 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Thomas Litton Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3NNhtJC8tJWGhK4H0Ly2Qcuf 06/27/2023 19:49:36 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Roblox Premium 1000 | 9.99 | USD | 06/23/2023 02:20:49 UTC | Cancelled | Inactive | No | No Bonus | | | | xsolla-83837113 | XsollaCreditdebitcards | 1937449553 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete xsolla-1199036211 06/23/2023 02:20:49 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 06/08/2023 19:28:50 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 1918439266 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete bt-qbcjxrh0 06/08/2023 19:28:50 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 1870 Subscribed | 19.99 | USD | 06/08/2023 19:24:55 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1918435131 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3NGoS1C8tJWGhK4H0J7VXkiH 06/08/2023 19:24:55 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 06/05/2023 18:28:41 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1914763308 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3NFi8xC8tJWGhK4H1jrGBFX6 06/05/2023 18:28:41 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 06/02/2023 07:04:12 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1909886314 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3NES1uC8tJWGhK4H0MdJCsNH 06/02/2023 07:04:12 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 06/01/2023 15:54:46 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1909036357 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3NEDpnC8tJWGhK4H0awCpeNx 06/01/2023 15:54:46 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 880 Subscribed | 9.99 | USD | 05/31/2023 18:07:22 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1908033225 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 9.99 Complete stripe-pi_3NDtQZC8tJWGhK4H0SJs0vNl 05/31/2023 18:07:22 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 05/31/2023 17:13:12 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1907983337 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 50 visa Address City / State / Country shreeveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3NDsa9C8tJWGhK4H1XhYvMJS 05/31/2023 17:13:12 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 05/23/2023 21:34:06 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1898862589 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 100 master Address City / State / Country Shreveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3NB2qFC8tJWGhK4H0daBNdW6 05/23/2023 21:34:06 UTC | | | | | | | | | | | | | | | | |
| 823832694 | f00xtr0t323 | Premium 880 Subscribed | 9.99 | USD | 05/17/2023 19:50:25 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1892084631 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 100 master Address City / State / Country Shreveport, LA, US Price PaymentStatus Provider Payment ID Created 9.99 Complete stripe-pi_3N8qMcC8tJWGhK4H1m3hkQLO 05/17/2023 19:50:25 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 440 Subscribed | 4.99 | USD | 05/17/2023 18:25:41 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | 71118 | Not a Subscription | StripeCard | 1892025902 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name 100 master Address City / State / Country Shreveport, LA, US Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3N8p2bC8tJWGhK4H0OfIxvob 05/17/2023 18:25:41 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Roblox Premium 1000 | 9.99 | USD | 05/16/2023 21:17:58 UTC | Cancelled | Inactive | No | No Bonus | | | | xsolla-82513583 | XsollaCreditdebitcards | 1891303421 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete xsolla-1177023810 05/16/2023 21:17:58 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 12/28/2022 16:10:44 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PaypalExpressCheckout | 1708016781 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_1753587099 12/28/2022 16:10:44 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Roblox Credit Redemption | 10 | USD | 09/26/2022 21:49:41 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1591025966 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 10 Complete legacy_1638396225 09/26/2022 21:49:41 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 1700 Robux | 19.99 | USD | 08/27/2021 00:11:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PaypalExpressCheckout | 1074072359 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete legacy_1112032790 08/27/2021 00:11:10 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Roblox Premium 450 | 4.99 | USD | 08/27/2021 00:09:30 UTC | Pending | Not a Subscription | No | No Bonus | | | | Not a Subscription | PaypalExpressCheckout | 1074070402 | |

Product Expiration: Not currently available due to system upgrade Product Renewal 09/27/2021 00:09:30 UTC Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Pending 08/27/2021 00:09:30 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Roblox Credit Redemption | 25.09 | USD | 04/25/2021 00:22:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 917086069 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 25.09 Complete legacy_947812536 04/25/2021 00:22:35 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 1700 Robux | 19.99 | USD | 12/25/2020 14:50:38 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 745845407 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete legacy_770056575 12/25/2020 14:50:38 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 07/25/2020 13:07:03 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 574221739 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_591641438 07/25/2020 13:07:03 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 800 Robux | 9.99 | USD | 07/25/2020 13:06:44 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 574221569 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete legacy_591641264 07/25/2020 13:06:44 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 02/28/2020 23:23:08 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 436987191 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_450088269 02/28/2020 23:23:08 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 02/28/2020 23:22:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 436987017 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_450088088 02/28/2020 23:22:54 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 12/30/2019 22:38:45 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 404213173 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_416171238 12/30/2019 22:38:45 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 1700 Robux | 19.99 | USD | 12/30/2019 22:38:04 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 404212755 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete legacy_416170820 12/30/2019 22:38:04 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 400 Robux | 4.99 | USD | 12/27/2019 19:57:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 401882537 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_413781960 12/27/2019 19:57:29 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823832694 | f00xtr0t323 | Premium 1700 Robux | 19.99 | USD | 12/27/2019 00:07:04 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 401150098 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete legacy_413039713 12/27/2019 00:07:04 UTC