# EXHIBIT 2

Game Cards

| Value | Vendor | Merchant | Redemption Code | Created | Updated |
|---|---|---|---|---|---|
| 10 | InComm | Walmart | RIC4NNCXEFYDDU8WKE | 09/19/2025 18:24:18 UTC | 09/19/2025 18:24:18 UTC |
| 10 | InComm | Walmart | RIFT4798WE8MNC7AB3 | 07/31/2025 13:46:12 UTC | 07/31/2025 13:46:12 UTC |
| 10 | InComm | Walmart | RIALPUXYRUJWM8MJNF | 07/08/2025 13:33:52 UTC | 07/08/2025 13:33:52 UTC |
| 10 | InComm | Walmart | RIPN7VAV9RJEHVKLJP | 06/04/2025 13:53:12 UTC | 06/04/2025 13:53:12 UTC |
| 25 | InComm | Walmart | RI0ABF6A6Y2D8HQ8NC | 05/09/2025 14:53:56 UTC | 05/09/2025 14:53:56 UTC |
| 10.56 | InComm | Walmart | RICDHJHRHFMKBBTFH9 | 03/08/2025 11:17:22 UTC | 03/08/2025 11:17:22 UTC |
| 10 | InComm | Walmart | RIZ6F14F92P7UXSKYM | 12/18/2024 13:54:32 UTC | 12/18/2024 13:54:32 UTC |
| 10 | InComm | Walmart | RIXA9UG9RPN29R8V31 | 12/18/2024 13:53:49 UTC | 12/18/2024 13:53:49 UTC |
| 10 | InComm | Walmart | RI4GW52V2MLJFG98NB | 11/16/2024 15:12:48 UTC | 11/16/2024 15:12:48 UTC |
| 10 | InComm | Walmart | RIVRECHVNL8XX3GF4H | 11/16/2024 15:12:21 UTC | 11/16/2024 15:12:21 UTC |
| 25 | Blackhawk | Blackhawk - Target | RBUKCCCFQ4J5AH7Y | 09/05/2024 18:38:23 UTC | 09/05/2024 18:38:23 UTC |
| 10 | InComm | Walmart | RI7HS8UU3N9LSDYZ33 | 08/11/2024 13:48:18 UTC | 08/11/2024 13:48:18 UTC |
| 10 | InComm | Walmart | RIFNU3C7VXKLA7Y4F9 | 08/04/2024 18:33:06 UTC | 08/04/2024 18:33:06 UTC |
| 10 | InComm | Walmart | RI75QH1AC8DLKMFKPF | 07/08/2024 11:03:51 UTC | 07/08/2024 11:03:51 UTC |
| 10 | InComm | Walmart | RIJCTWH2VA2R1DZWHJ | 07/08/2024 11:02:40 UTC | 07/08/2024 11:02:40 UTC |
| 10 | InComm | Walmart | RITK3AFRWULHGZDYGZ | 07/08/2024 11:00:59 UTC | 07/08/2024 11:00:59 UTC |
| 10 | InComm | Walmart | RIL9KKB2B7R1SA4WDQ | 07/01/2024 11:57:28 UTC | 07/01/2024 11:57:28 UTC |
| 10 | InComm | Walmart | RIAARU0ZD8JPTD0P4B | 07/01/2024 11:56:57 UTC | 07/01/2024 11:56:57 UTC |
| 10 | InComm | Walmart | RIH0D7Z9ZAVWPQUSPH | 06/17/2024 11:53:09 UTC | 06/17/2024 11:53:09 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBWGVBLPL9LBFWHJ | 07/25/2023 21:08:07 UTC | 07/25/2023 21:08:07 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBRFCBZP8KUUDVJL | 07/25/2023 21:06:48 UTC | 07/25/2023 21:06:48 UTC |
| 10 | Blackhawk | Blackhawk - Target | | 09/26/2022 16:47:41 UTC | 09/26/2022 16:47:41 UTC |
| 25 | InComm | Walgreens | 9534795831 | 04/24/2021 19:21:44 UTC | 04/24/2021 19:21:44 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBZQBYtdbgqjjjh9 | 12/25/2020 08:49:44 UTC | 12/25/2020 08:49:44 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBTRXCZS3MEEL6YU | 12/25/2020 08:48:31 UTC | 12/25/2020 08:48:31 UTC |
| 15 | InComm | Walgreens | 9950607548 | 07/25/2020 08:06:39 UTC | 07/25/2020 08:06:39 UTC |
| 10 | InComm | Walmart | 9428743071 | 02/28/2020 17:22:04 UTC | 02/28/2020 17:22:04 UTC |
| 25 | Blackhawk | Blackhawk - Target | rb1bwe9lpiymiq3p | 12/30/2019 16:38:02 UTC | 12/30/2019 16:38:02 UTC |
| 25 | Blackhawk | Blackhawk - Target | rbpmyq6rej5yg0d4 | 12/26/2019 18:05:38 UTC | |

Gift Cards

| Product | Product ID | Redemption Code | Redemption Date |
|---|---|---|---|
| Prime Gaming - PBJ Hat | 949 | 2.93414E+11 | 02/24/2021 20:29:18 UTC |
| Jaz LP HeroesOfRobloxia | 396 | 5.24641E+11 | 12/22/2018 21:41:06 UTC |
| Jaz BB2 WatermelonSharkFir | 187 | 4.78127E+11 | 12/10/2018 01:53:45 UTC |
| Jaz GP RHSHeadphones | 165 | 3.08178E+11 | 12/03/2018 22:40:12 UTC |