David P. Fuad (SBN 265193)
dfuad@orrick.com
John P. Badalich (SBN 328573)
jbadalich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for Defendant*
*Roblox Corporation*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

THOMAS K. LITTON,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,

Defendants.

Case No. 3:25-cv-03088-AMO

**[PROPOSED] ORDER GRANTING DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: January 8, 2026
Time: 2:00 p.m.
Place: Courtroom 10, 19th Fl., San Francisco
Judge: Hon. Araceli Martínez-Olguín

Defendant Roblox Corporation's Motion to Compel Arbitration and Stay Proceedings came on for hearing before this Court. After consideration of all of the pleadings and evidence submitted and the argument of counsel, the Court hereby ORDERS as follows:

The motion is GRANTED. The parties are directed to arbitration, and this action is stayed pending the completion of the arbitration proceedings.

**IT IS SO ORDERED**

Dated: _____________, 2026

_______________________________________

The Honorable Araceli Martínez-Olguín

United States District Judge