UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKELL MATHEWS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION,<br><br>        Defendant. | Case No. 25-cv-08833-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 25-cv-3088 AMO.

**IT IS SO ORDERED.**

Dated: October 17, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge