UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER VANNORSTRAND,<br><br>    Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>    Defendants. | Case No. 25-cv-10290-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to *Litton v. Roblox Corporation*, 25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
RITA F. LIN
United States District Judge