**AYLSTOCK, WITKIN, KREIS,
& OVERHOLTZ, PLLC**
Bryan F. Aylstock, Esq. *(admitted pro hac vice)*
Sin-Ting Mary Liu, Esq. (SBN 282884)
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Email: baylstock@awkolaw.com
Email: vgalitigation@awkolaw.com

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley Lynn Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California, 91361
Tel: (805) 270-7100
Fax: (805) 270-7589
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS K. LITTON,<br><br>                     Plaintiff,<br><br>     vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,<br><br><br>                     Defendants. | Case No.: 3:25-CV-3088-AMO<br><br>**JOINT STIUPLATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

The parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court enter an order regarding briefing on Defendants Epic Games, Inc.'s ("Epic"), Roblox Corporation's ("Roblox"), Microsoft Corporation's ("Microsoft"), and Mojang AB's ("Mojang")

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

(together "Defendants") Motions to Compel Arbitration and to Stay Proceedings, pursuant to Civil Local Rules 6-2 and 7-12.

WHEREAS, on December 10, 2025, the Court granted a stay of this action pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and consolidation (Dkt. 96); and

WHEREAS, the JPML has now denied the motion for transfer and consolidation, thereby lifting the stay and requiring the parties to proceed with briefing on the pending Motions to Compel Arbitration; and

WHEREAS, the parties have met and conferred in good faith and agree that the following briefing schedule will promote the efficient resolution of Defendants' Motions to Compel Arbitration without prejudice to any party, and will facilitate the orderly progression of this case in accordance with the Court's Civil Standing Order and Civil Local Rules.

**Proposed Briefing Schedule**

The parties jointly propose the following schedule for Defendants' Motions to Compel Arbitration.

| Filing Date | Motion |
| --- | --- |
| February 6, 2026 | Plaintiff's opposition to Defendants' Motions to Compel Arbitration |
| March 6, 2026 | Defendants' replies in further support of their Motions to Compel Arbitration |
| April 16, 2026 at 2pm PST | Hearing regarding Defendants' Motions to Compel Arbitration |

**The parties agree that this stipulated briefing schedule does not alter any other deadlines in the case, absent further order of the Court.**

**IT IS SO STIPULATED.**

2

Case No. 3:25-CV-3088-AMO

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Dated: December 22, 2025                    **AYLSTOCK, WITKIN, KREIS,**
                                            **& OVERHOLTZ, PLLC**

                                            By:    */s/ Bryan F. Aylstock*
                                                   Bryan F. Aylstock

                                            *Attorney for Plaintiff Thomas K. Litton*

Dated: December 22, 2025                    **HUESTON HENNIGAN LLP**

                                            By:    */s/ Allison L. Libeu*
                                                   Allison L. Libeu

                                            *Attorneys for Defendant Epic Games, Inc.*

Dated: December 22, 2025                    **DAVIS WRIGHT TREMAINE LLP**

                                            By:    */s/ Ambika Kumar*
                                                   Ambika Kumar

                                            *Attorneys for Defendants Microsoft Corporation and Mojang AB*

Dated: December 22, 2025                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

                                            By:    */s/ David Fuad*
                                                   David Fuad
                                                   John Badalich

                                            *Attorneys for Defendant Roblox Corporation*

Case No. 3:25-CV-3088-AMO

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS