UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTONIO YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES INC., et al.,<br><br>Defendants. | Case No. 26-cv-02976-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 25-cv-3088 AMO.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____

JOSEPH C. SPERO
United States Magistrate Judge