UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSHUA TUCKER,

          Plaintiff,

     v.

EPIC GAMES INC., et al.,

          Defendants.

Case No.  26-cv-05349-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Araceli Martinez-Olguin for consideration of whether this case is related to *Litton et al v. Roblox Corporation et al*, No. 4:25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____

PETER H. KANG
United States Magistrate Judge