UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDALE KEATON,<br>Plaintiff,<br>v.<br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 26-cv-09491-RFL<br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 4:25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: September 8, 2026

RITA F. LIN
United States District Judge